

NUMBER 13-18-00054-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JORGE OMAR CERVANTES,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

**On appeal from the 197th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Longoria**

Appellant Jorge Omar Cervantes has filed a motion for dismissal of his appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). With no decision of this Court having been delivered to date, we grant appellant's motion to dismiss the appeal. Having dismissed the appeal at appellant's request, no

motion for rehearing will be entertained, and our mandate will issue forthwith. *See id*. R. 43.2. Court costs will be taxed against the party incurring same. *See id*. R. 42.1(d). Because we are granting appellant's motion to dismiss the appeal, the State's motion to dismiss is moot and we need not address it. *See* Tex. R. App. P. 47.1.

NORA L. LONGORIA<br>
Justice

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
15th day of November, 2018.